## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

SKKY, LLC,

              Plaintiff,

v.

FACEBOOK, INC. AND
INSTAGRAM, LLC,

              Defendants.

Case No. 0:16-cv-00094-WMW-FLN

**JURY TRIAL DEMANDED**

## DECLARATION OF JUSTIN HULSE IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

I state and declare as follows:

1.      My name is Justin Hulse. I am over the age of twenty-one and I am fully competent to make this declaration. I have personal knowledge of the facts stated in this declaration, and if called upon as a witness, I would testify to the facts stated in this declaration.

2.      I am an attorney with the law firm of Cooley LLP. I am also an attorney of record for Defendants, having been admitted by the Court to practice *pro hac vice* in this case.

3.      Attached to this Declaration as Exhibit A, is a redacted copy of Facebook, Inc. and Instagram, LLC's Motion to Transfer Venue to the Northern District of California Pursuant to 28 U.S.C. § 1404 ("Memorandum"), which Defendants wish to file under seal due to its confidential contents.

**DECLARATION OF JUSTIN HULSE**                                **Page 1**

4.       Attached to this Declaration as Exhibit B, is a redacted copy of the Declaration of Jeremy Jordan in Support of Facebook, Inc. and Instagram, LLC's Motion to Transfer Venue to the Northern district of California Pursuant to 28 U.S.C. § 1404 ("Jordan Declaration"), which Defendants wish to file under seal due to its confidential contents.

5.       Attached to this Declaration as Exhibit C is a copy of *Revenue Realization LLC v. H&R Block, Inc.*, Case No. 11-0638-cv-W-GAF, slip op. (W.D. Mo. Feb. 29, 2012).

6.       Attached to this Declaration as Exhibit D is a copy of *Prism Techs. LLC v. AT&T Mobility, LLC*, Case No. 8:12-cv-00122-LES-TDT, slip op. (D. Neb. Aug. 12, 2014).

7.       Attached to this Declaration as Exhibit E is a copy of *Deflecto, LLC v. Dundas \*Jafine Inc.*, Case No. 13-cv-00116-W-ODS, slip op. (W.D. Mo. Dec. 9, 2015).

8.       Attached to this Declaration as Exhibit F is a copy of *Prism Techs, LLC v. Adobe Sys., Inc.*, Case No. 8:10-cv-00220-LES-TDT, slip op. (D. Neb. Apr. 30, 2012).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  This declaration is being executed on May 13, 2016.

s/Justin Hulse
Justin Hulse

**DECLARATION OF JUSTIN HULSE**                                                              **Page 2**