## UNITED STATES DISTRICT COURT
### District of Minnesota

Skky, LLC                             **JUDGMENT IN A CIVIL CASE**

                     Plaintiff(s),

v.                                    Case Number: 16cv94 WMW/DTS

Facebook, Inc., Instagram, LLC

                     Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above matter, including all claims of infringement as to the Patents-in-Suit (United States Patent Nos. 7,548,875, 8,892,465, 9,037,502, 9,118,693, 9,124,717, 9,124,718, 9,203,870, 9,203,956, 9,215,310, and 9,219,810), is dismissed with prejudice and with each party bearing its own costs and attorneys' fees in connection with such claims.

Date: 8/22/2018                                      KATE M. FOGARTY, CLERK

                                                             s/M. Giorgini
                                             (By)    M. Giorgini, Deputy Clerk